**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard Henri VISSERS, Defendant–**
**Appellant.**

No. 15–10143
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2015.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Gayle Littleton, U.S. Attorney's Office, Panama City, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Walter Brooks Smith, Law Office of Walter B. Smith, Panama City, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Walter B. Smith, appointed counsel for Richard Henri Vissers in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Vissers's conviction and sentence are **AFFIRMED.**